UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Lee D. Watson aka Lee Watson,<br><br>　　　　　Defendant(s).<br>_____/ | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 12 4488 SLM |

TO: (Name and Address of Defendant)

　　　Lee D. Watson aka Lee Watson
　　　2055 Hikido Drive
　　　San Jose, CA 95131

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

 If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


RICHARD W. WIEKING　　　　　　　　　　　　　　8-28-12

CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

_____[signature]_____

BY DEPUTY CLERK　　GLORIA ACEVEDO